# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-1275

_____

Alan Cole Onstad

*Plaintiff - Appellant*

v.

Wendy Kelley, Director of ADC (Originally named as Wendy Kelly); James Gibson, Warden, Varner Super Max (Originally named as Gibson); Floria Washington, Mrs., Classification Officer, Varner Super Max (Originally named as Washington); Steven Ricketts, Major, Tucker Unit (Originally named as Rickett); Does, Warden (signed 2nd step grievance); Directory (signed 3rd step grievance); Deputy Warden (at Tucker Unit on 9/20/16); Marshall D. Reed, Deputy Director, ADC; Williams, Deputy Warden, Tucker Unit

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: September 19, 2018
Filed: September 25, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Alan Cole Onstad appeals from the orders of the District Court[1] granting summary judgment to the remaining defendant James Gibson and entering judgment against Onstad in his 42 U.S.C. § 1983 action. After de novo review, viewing the record in the light most favorable to Onstad and drawing all reasonable inferences in his favor, we find no basis for overturning the District Court's well-reasoned determination that Gibson was entitled to qualified immunity.[2] See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review). We affirm the judgment. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties, 28 U.S.C. § 636(c).

[2]Onstad has abandoned his claims against the other defendants. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (noting that a claim was abandoned because the appellant did not "brief this court on why dismissal was inappropriate").